NO. 04-14-00041 CR

KYLE MILLER

VS.    **PD-0956-15**

THE STATE OF TEXAS

COURT OF APPEALS, CRIMINAL

COURT OF APPEALS,

AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

Abel Acosta, Clerk

---

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

Comes now KYLE MILLER, Appellant Pro-Se in the above styled and numbered Cause on appeal and pursuant to Article 64.5 of the Rules of Appellate Procedure files this Motion for Extension of Time to File Appellant's Petition for Discretionary Review, and in the support of said motion would show this Honorable Court the following:

### I.

Pro-Se Appellant Miller, Kyle, humbly seeks this extension of time to file his Petition for Discretionary Review as he has requested transcripts not provided him although requested with the Clerk's Record and Reporter's Record, from proceedings in motion hearings of and prior to trial of Cause No. 2011-CR-5502. Appellant's second request of these transcripts, via motion, was received in the Fourth Court of Appeals, San Antonio, and filed on July 17, 2015. It is not known to Appellant how long he will be waiting receipt of requested transcripts to cite properly the illegal proceedings arising thereof.

FILED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

Abel Acosta, Clerk

### II.

Appellant's request is sought also in the interest of justice as he is currently incarcerated in the Bexar County Adult Detention Center and he has limited access to the Law Library in which to obtain, access, and utilize materials to procure his petition to this Honorable Court at only 1(one) hour twice a week. This time is not guaranteed as the access to the Law Library is a "first come, first served" basis which puts Appellant, although warned, at a slight disadvantage but does not render his sought extension of time void. See *McBride v. State*, 153 S.W. 3d 519 (Tex. App. Amrillo, 2004) as to entitlement of request and granting of time extension.

1.

## III.

Appellant filed his Motion for Rehearing In the Fourth Court of Appeals on July 1, 2015 and said motion was denied on July 8, 2015, thus making his Petition for Discretionary Review due on August 7, 2015. This is Appellant's first such request and is seeking a minimum of 30 days in which to ensure, with limited access to resources, that his petition complies with all applicable Articles and Rules and this also allows rentention of transcripts aforementioned to ensure proper citing. This motion, if granted, will move the due date of petition from August 7, 2015 to September 5, 2015.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that his Motion for Extension of Time to File Appellant's Petition for Discretionary Review be granted by this Honorable Court.

Respectfully Submitted,

_____
Appellant Pro-Se

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion was delivered via the U.S. P.S. to Jay Brandon, Assistant District Attorney, 300 Dolorosa, San Antonio, Texas, 78205.

_____
Appellant Pro-Se

### ORDER

On this the _____ day of _____, 2015, came on to be heard Appellant's Motion for Extension of Time to File Appellant's Petition for Discretionary Review, and said motion is hereby

(        ) GRANTED        (        ) DENIED

Signed this _____ day of _____, 2015.

_____
Justice Presiding

2.

# UNSWORN DECLARATION BY INMATE

I, KYLE MILLER , SID 968194

Being presently incarcerated in the Bexar County Adult

Detention Center, San Antonio, Texas declare under Penalty of

Perjury that the foregoing instrument is true and correct.

Signed on this the 22 day of July , 2015.

Defendant